**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUMIT SUMIT,

    Petitioner,

  v.

WARDEN OF THE DESERT VIEW
DETENTION FACILITY et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

NO. 5:26-cv-00556-SVW-KS

JUDGMENT

   IT IS ADJUDGED that the Petition is DENIED and the case is DISMISSED WITH PREJUDICE.

DATED: June 23, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE